The application is denied. This court will not exercise its supervisory jurisdiction in applications for a writ of habeas corpus, except in extraordinary cases, until applicant has exhausted his remedy in the court below. The record does not disclose a resolution of his application below.

216 So.2d 307

Thomas J. D'ALBORA

v.

Andrew GARCIA.

No. 49567.

Dec. 10, 1968.

In re: Andrew Garcia applying for writs of certiorari and mandamus.

Writs refused. The judgment is correct.